UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

FIFTH AMENDED CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | February 9, 2011 | Docket #: | 11-11009 |
| Debtor: | Wilnise Manigat | Co-Debtor: | Emmanuel Manigat |
| SS#: | xxx-xx-1312 | SS#: | xxx-xx-9473 |
| Address: | 77 Beacon Park<br>Brockton, MA 02302 | Address: | 77 Beacon Park<br>Brockton, MA 02302 |

| | |
|---|---|
| Debtor's Counsel: | Douglas M. Surprenant |
| Address: | 40 S. Franklin St<br>Holbrook, MA 02343 |
| Telephone #: | 781-767-9300 |
| Facsimile #: | 781-767-9303 |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**OFFICIAL LOCAL FORM 3A**
**POST-CONFIRMATION AMENDED CHAPTER 13 PLAN**

DATED: **February 13, 2014**

POST-CONFIRMATION __FIFTH AMENDED__ CHAPTER 13 PLAN
(Insert First, Second etc.)

Docket No.: **11-11009**

DEBTORS: (H) **Wilnise Manigat**     SS#: xxx-xx-1312

(W) **Emmanuel R Manigat**     SS#: xxx-xx-9473

I. AMENDED PLAN PAYMENT AND TERM:

TERM OF THE PLAN: **60** Months (Total length of Plan - not no. of months remaining.) If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C.§1322(d) must be attached hereto.

AMENDED PLAN PAYMENT: Debtor(s) to pay monthly: $ **1,840.00**

EFFECTIVE: **March 2014**     (Insert new payment beginning date.)

The claims listed below must include amounts previously disbursed by the Trustee on all claims which have subsequently been withdrawn or disallowed.

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | | Amount of Claim |
|---|---|---|---|
| Saxon Mortgage Service | Pre-petition first mortgage arrears | $ | 3,981.23 |
| Colonel Bell Drive Condo | Pre-petition condo fee arrears | | 5,688.28 |
| One West Bank | Crammed down mortgage on investment property | $ | 72,000.00 |

Total of secured claims to be paid through the Plan: $     81,669.51

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Saxon Mortgage Service | First Mortgage on Debtor's home |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| Bank of America | Home equity on 77 Beacon Park. Debtor will file motion to determine secured status | See Section V Unsecured |
| One Bank West | Mortgage on 75 Colonel Bell Drive crammed down to value and paid in Plan | See Section IIA |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
**-NONE-**
; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
**-NONE-**

    iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | | $ |

Total of Priority Claims to Be Paid Through the Plan: $ **0.00**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys Fees (to be paid through the plan): $ **1,300.00**

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **3.39** % of their claims.

A. General unsecured claims: $ **4,224.45**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Bank of America | Home Equity Loan | 23,382.06 |
| One West bank | Cramdown to value on investment property | $ 63,727.92 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| Wells fargo | Two student loans | $ 41,553.17 |

Total of Unsecured Claims (A + B + C): $ **132,887.60**

D. Multiply total by percentage:
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)                                              $  4,500.00

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| -NONE- | | $ | |

Total amount of separately classified claims payable at ____ %       $           0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

C. Set forth below, all changes from the previously Confirmed Plan:

Secured: **No change**

Priority: **No change**

Unsecured: **Dividend decreased from 5.79% to 3.39%**

Term: **Remains at 60 months**

Plan Payment: **Increased from $1,692.00 to $1,840.00**

## VII. CALCULATION OF AMENDED PLAN PAYMENT

a) Secured claims (Section II-A&D Total):                                $     81,669.51
b) Priority claims (Section III-A&B Total):                              $          0.00
c) Administrative claims (Section IV-A&B Total):                         $      1,300.00
d) Regular unsecured claims (Section V-D Total): +                       $      4,500.00
e) Separately classified unsecured claims:                               $          0.00
f) Total of a + b + c + d + e above:                                    =$     87,469.51
g) Divide (f) by .90 for total including Trustee's fee:
                                    Cost of Plan=                        $     97,188.34
              (This represents the total amount to be paid into the Chapter 13 Plan)
h) Subtract the total amount of payment the Debtor has paid to the Trustee to
   date:                                                                 $     53,327.00
i) Total amount left to be paid (g minus h)                              $     44,138.66
j) Divide (i) by # of months remaining:                                              24
k) Round up to nearest dollar: Amended Monthly Plan Payment:             $      1,839.11

Date Amended Payment to begin: 9/2012

VIII. LIQUIDATION ANALYSIS

☐ The Debtor avers that there have been no material changes to the total amount set forth in the Summary of the Liquidation Analysis of the Debtor's previously Confirmed Plan.

A. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 77 Beacon Park Brockton, MA 02302 | $ 187,500.00 | $ 200,114.25 |
| 75 Colonel Bell Drive Apt 10 Brockton, MA 02301 | $ 72,000.00 | $ 125,100.00 |

Total Net Equity for Real Property: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile (Describe year, make and model):

| | Value | Lien | Exemption |
|---|---|---|---|
| 2000 Dodge Durango with 134000 miles | $ 2,325.00 | $ 0.00 | $ 2,325.00 |
| 1999 Ford Windstar with 105000 | $ 1,575.00 | $ 0.00 | $ 1,575.00 |

Total Net Equity: $ 3,900.00
Less Total Exemptions (Schedule C): $ 3,900.00
Available Chapter 7: $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

cash
Bank of America checking xxx6312 $380
Harbor One checking xxx9909 $250
Crescent Credit Union checking xxx1447 $11
Orange savings xxx2615 $15
Bank of America checking xxx
Household goods
clothes
Jewlery
term life - no cash value
Husband
Wife
401K
Husband $2000
Wife $850
401K

Total Net Value: $ 12,660.75
Less Total Exemptions (Schedule C): $ 12,660.75
Available Chapter 7: $ 0.00

D. Liquidation Summary (Total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor(s) or his or her counsel will serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and file a Certificate of Service accordingly.

_____          Date  2/19/2014
**Douglas M. Surprenant**
Debtor's Counsel
Counsel's Address:   40 S. Franklin St
                     Holbrook, MA 02343
Tel# **781-767-9300** Fax: **781-767-9303**   Email Address: **dougcanhelp@aol.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date  2/19/2014          Signature  _____
                                    **Wilnise Manigat**
                                    Debtor

Date  2/19/2014          Signature  _____
                                    **Emmanuel R Manigat**
                                    Joint Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: Wilnise and Emmanuel Manigat
Debtors

Case 11-11009

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that I electronically filed the within Debtors' Fifth Amended Chapter 13 Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system and thus served the within documents on the following interested parties:

**Notice will be electronically mailed to:**

John Fitzgerald  USTPRegion01.BO.ECF@USDOJ>GOV

Carolyn Bankowski

**Notice will be Mailed by U.S. Postal Service to:**

See attached matrix

On behalf of Wilnise and Emmanuel Manigat,
By Counsel,

_____           February 19, 2014
Doug Surprenant, Esq.
BBO # 651975
40 S. Franklin St
Holbrook, MA 02343
781-767-9300

BACK BOWL I LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Bank of America, N.A.
NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012

Diamond Resorts FS
10600 W. Charleston Blvd
Las Vegas, NV 89135-1260

Equitable Ascent Financial
1120 W. Lake Cook Road
Ste. A
Buffalo Grove, IL 60089-1970

GE Capital/Walmart
PO Box 965024
Orlando, FL 32896-5024

Good Samaritan
235 N. Pearl St
Brockton, MA 02301-1700

KoolSmiles
Patient's Accounts Department
1090 Northchase Park
Suite 290
Marietta, GA 30067-6402

Macys
PO Box 8218
Mason, OH 45040-8218

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

National Grid Service Co.
300 Erie Blvd W.
Syracuse, NY 13202-4250

Ocwen Loan Servicing, LLC
Attn: Bankruptcy
1100 Virginia Drive, Suite # 175
Fort Washington, PA 19034-3204

Ocwen Loan Servicing, LLC
Attn: Bankruptcy  Dept.
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409-6493

One West Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

OneWest Bank, FSB
P. O. Box 829009
Dallas, Texas 75382-9009

Portfolio Investments I LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

RJM Acquisitions Funding, LLC
575 Underhill Blvd, Ste. 224
Syosset, NY 11791-4437

Saxon Mortgage Service
4708 Mercantile Dr N
Fort Worth, TX 76137-3605

Saxon Mortgage Services, Inc.
1270 Northland Dr Suite 200
Mendota Heights, MN 55120-1176

Wells Fargo Education Financial Services
301 E. 58th St N.
Sioux Falls, SD 57104-0422

Wells fargo
PO Box 84712
Sioux Falls, SD 57118-4712

Emmanuel R Manigat
77 Beacon Park
Brockton, MA 02302-2051

Wilnise Manigat
77 Beacon Park
Brockton, MA 02302-2051

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, As T

(u)Ocwen Loan Servicing, LLC

(d)Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

(d)Wells fargo
PO Box 84712
Sioux Falls, SD 57118-4712

End of Label Matrix
Mailable recipients    29
Bypassed recipients     4
Total                  33